UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  16-CR-397-LTS

BERNARD WALKER,                              ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received Defendant Bernard Walker's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  By **December 23, 2020**, the Government is directed to file its response to Mr. Walker's motion, which must include his BOP medical records.  The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

        Mr. Walker's reply to the Government's response, if any, must be filed by **January 8, 2021.**

        Chambers will mail a copy of this order to Mr. Walker.

        SO ORDERED.

Dated: New York, New York
       December 10, 2020

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 United States District Judge

**Copy mailed to:**
Bernard Walker
Reg. No. 77816-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887